Essaness Theatres Corporation, and Edwin Silverman,
Plaintiffs-Appellants, v. The Northern Trust Com-
pany, Kathryn P. Le Roy, and Morris Glasser,
Individually and as Executors of and Trustees
Under the Will of Sidney M. Spiegel, Jr., De-
ceased, and Emil Stern, Defendants-Appellees.

Gen. No. 45,529.

Edward
Blackman, and J. Frederick Hoffman, for appellants; Ode L. Rankin,
of counsel; Bell, Boyd, Marshall & Lloyd, for certain appellees; William
N. Haddad, and Charles E. Herzog, of counsel; Rosenberg, Stein &
Rosenberg, for certain other appellee; Aaron L. Stein, of counsel. Opinion
by Presiding Justice Burke. Not to be published in full. Opinion filed
February 11, 1952; rehearing denied February 26, 1952; released for
publication March 25, 1952.